FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2022

No. 04-22-00620-CR

Carlton Leroy **ZIMMERMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. CC678082
Honorable Brenda Chapman, Judge Presiding

# O R D E R

The reporter's record is currently due November 14, 2022. On October 4, 2022, the court reporter notified this court that appellant has failed to request the record in writing. We therefore **ORDER** appellant to provide written proof to this court **by October 17, 2022** that the appellant has requested the court reporter to prepare the reporter's record, which request must designate the portions of the proceedings and the exhibits to be included. *See* TEX. R. APP. P. 34.6(b)(1). The reporter's record must be filed no later than thirty days after the date appellant's written proof is filed with this court. If appellant fails to request the record in writing, the court will consider only those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court